# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00566-CV

### In re Curtis L. Adams

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Pending before this Court is relator Curtis L. Adams's pro se petition for "civil action for deprivation of rights." Because it was not clear that the submission was intended to be filed with this Court, we directed the Clerk of this Court to post a letter to Adams on October 17, 2023, requesting clarification as to his intent. On October 30, 2023, this Court received Adams's response to the letter, in which Adams confirmed his intent to file the petition with the district court. We treat the response as a voluntary motion to dismiss and, without passing on jurisdiction or the merits of the case, we grant the motion and dismiss the petition. *See* Tex. R. App. P. 42.1(a)(1).

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Smith

Filed: December 15, 2023